Attorneys for Plaintiff(s), Marla Murphy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Index No.: 06-0821 CRB** <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Marla Murphy, <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff(s), Marla Murphy, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED: 7/31/, 2009     By: _____
                           Michael A. London
                           Douglas & London, P.C.
                           111 John Street, Suite 1400
                           New York, NY 10038
                           Telephone: (212) 566-7500
                           Facsimile: (212) 566-7501
                           Attorneys for Plaintiff(s), Marla Murphy

DATED: Oct. 21, 2009     By: _____
                           DLA PIPER LLP (US)
                           1251 Avenue of the Americas
                           New York, NY 10020
                           Telephone: (212) 335-4500
                           Facsimile: (212) 335-4501
                           Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8 2009     _____
                         Hon. Charles R. Breyer
                         United States District Court

-1-